

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE ESTATE OF DAVID CHIPWATA : | |
| Plaintiff, : | |
| : | |
| vs. : | No. 3:02CV858(DJS) |
| : | |
| OFFICER DAVID ROVINETTI, : | |
| POLICE CHIEF EDWARD : | |
| FLAHERTY & THE WATERURY : | |
| POLICE DEPARTMENT, : | |
| Defendants : | OCTOBER 28, 2003 |

**LOCAL RULE 9(c)2 STATEMENT IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 9(c)2 of the Local Rules of Civil Procedure, the plaintiff, The Estate of David Chipwata, offers the following statements of material facts which are in dispute in support of its objection to the defendants' Motion for Summary Judgment.

1.-5.   Paragraphs 1 through 5 of the defendants' Local Rule 9(c)1 Statement in Support of Defendants' Motion for Summary Judgment, dated October 11, 2003 are not disputed.

Zingaro & Cretella, LLC Attorneys at Law
1115 Main Street, Suite 610  Bridgeport, Connecticut 06604  203.367.0442

6. Officer Rovinetti entered the apartment, alone and with his weapon drawn, and asked Mr. Chipwata to retrieve the knife. (Exhibit 1).

7. David Chipwata walked into the kitchen, retrieved the knife at the officer's request, returned with the knife and repeatedly attempted to surrender the knife to the officer. (Exhibit 1.)

8.-9. There is disputed evidence whether or not Officer Rovinetti asked Mr. Chipwata to drop the knife. (Exhibit 1).

10. Paragraph 10 is not disputed.

11. There is evidence that Mr. Chipwata was trying to surrender the knife to the officer. (Exhibit 1).

12. There is evidence that Mr. Chipwata was trying to surrender the knife to the officer. (Exhibit 1).

13. There is evidence that Mr. Chipwata was trying to surrender the knife to the officer. (Exhibit 1).

The Plaintiff,

By, _____
Donald J. Cretella, Jr.
Federal Bar No.: ct22055
Zingaro & Cretella, LLC
1115 Main Street
Suite 610
Bridgeport, CT 06604

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent to:

Elliot B. Spector, Esquire
836 Farmington Avenue
West Hartford, CT 06119

_____
Donald J. Cretella, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COPY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                              \*
THE ESTATE OF DAVID CHIPWATA                  \*
           Plaintiff,                         \*
                                              \* Civil Action No.
VS.                                           \* 3:02CV00858(DJS)
                                              \*
OFFICER DAVID ROVINETTI and POLICE            \*
CHIEF EDWARD FLAHERTY,                        \* August 28, 2002
           Defendants.                        \*
                                              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEPOSITION OF BUPE MATABULA

Taken on behalf of the Defendants in the above-entitled cause, before Patricia Tyszka, Registered Merit Reporter, Notary Public, in and for the State of Connecticut, on Wednesday, August 28, 2002, at 11:27 a.m., at the offices of Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, Connecticut, pursuant to the Federal Rules of Civil Procedure.

*PATRICIA TYSZKA, LSR, RMR*
*COURT REPORTING SERVICES*
*189 Old Forge Road*
*Riverton, Connecticut   06065-1214*
*(860) 379-7955*

```
 1
 2      APPEARANCES:
 3
 4           For the Plaintiff:
 5              ZINGARO & CRETELLA
                  1115 Main Street, Suite 610
 6                Bridgeport, Connecticut   06604
                    BY:  DONALD J. CRETELLA, ESQ.
 7
 8
             For the Defendants:
 9
                SACK, SPECTOR & KARSTEN
10                836 Farmington Avenue
                  West Hartford, Connecticut   06119-1544
11                  BY:  ELLIOT B. SPECTOR, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  him down, let's get some help.  Let's call the police.
2  So we had to go out to make the phone call at the
3  balcony.
4      Q   Did you call for an ambulance?
5      A   No.  We just called for 911.
6      Q   So you weren't out on the porch because you
7  were afraid of him then?
8      A   Not really.  Because I didn't want him to see
9  me making the call because he was going to take the
10 phone from me.
11     Q   All right.  Why don't you now describe in your
12 own words what happened from the moment the police
13 officer arrived, starting off with who opened the door
14 to allow the police officer in.
15     A   I opened the door and he came in.  Because
16 Kabwe was behind the couch, you know, where Ndashe was
17 sitting.  That was --
18     Q   When the police officer first entered, would
19 he be able to see all three people in the room?
20     A   Yes, he would.  And he found Ndashe sitting
21 there on the couch, naked, with his arms folded like
22 this.  (Demonstrating.)
23     Q   Okay.
24     A   Then he came with his gun drawn, and I
25 thought, well, now something's going to happen.  He's

1  going to, you know, like hold him down or do something.

2  And then he comes and says, "Where is the knife?"

3      Q    Okay.

4      A    And then -- I think he said it like twice:

5  "Where is the knife?  Where is the knife?"  And then --

6      Q    Did you tell him where the knife was?

7      A    No.

8      Q    Did you know where the knife was?

9      A    I didn't -- I thought he was asking for the

10 knife that Ndashe was using to cut his hair.  That's

11 when Ndashe got up to go to the kitchen to get the

12 knife.

13     Q    Okay.  Where was Kabwe at this point?

14     A    We were all in the -- because it's like a

15 living room.  Living room here and the kitchen was here.

16     Q    The kitchen is right next to the living room?

17     A    Yeah.  But he had to get up -- Ndashe had to

18 get up to walk around the couch to go to the kitchen.

19     Q    Did you try to stop him?

20     A    No.

21     Q    Did Kabwe try to stop him?

22     A    No.

23     Q    Did the officer try to stop him?

24     A    No.  He was just following him behind.

25     Q    How many feet did he have to walk from the

1   couch to the kitchen?

2       A   It's like maybe this size or almost.  Not
3   quite far there.

4       Q   A little smaller than the length of this room?

5       A   A little, I think.

6       Q   So maybe 12 feet?

7       A   I wouldn't know those measurements, so I can't
8   really say.

9       Q   And the police officer never tried to hold
10  onto him or grab him?

11      A   No.

12      Q   Was the police officer still holding the gun
13  in his hand?

14      A   Yes.

15      Q   Did you see them go into the kitchen?

16      A   Yes.

17      Q   Could you see them while they were in the
18  kitchen?

19      A   Yes, because there is no door or anything.
20  It's just an open thing.

21      Q   Is it an opening that's the size of a standard
22  door, like a four-foot door?  Or is it a wider opening?

23      A   It's a wide opening.  It's a wide opening.

24      Q   Did you follow them into the kitchen?

25      A   We were right behind -- okay, not right

```
 1    behind, but we could see them.  Ndashe went and got the
 2    knife from the kitchen.
 3         Q    Did he say anything to the officer when he got
 4    the knife?
 5         A    He said, "Here is the knife you wanted.  Take
 6    the knife."  That's what he said.
 7         Q    Okay.
 8         A    And the officer, you know, started backing
 9    away.  So Ndashe insisted.  He said, "Here's the knife.
10    You wanted the knife.  Here's the knife."
11         Q    Did you also back away?
12         A    No.  We were not as close as the officer was.
13    We were standing, you know, quite a little distance from
14    the officer.
15         Q    You were near the opening between the living
16    room and the kitchen?
17         A    Yes.
18         Q    Was the officer backing toward that opening?
19         A    No.  He was backing towards the door.  I don't
20    know whether that's back or -- front or the back.
21         Q    The back door that goes outside the apartment?
22         A    Yes.
23         Q    Okay.  Is that the door he came in?
24         A    Mm-mm.
25         Q    He came in the front door?
```

```
 1         A    Came in through the front door.  Goes down the
 2   stairs also.
 3         Q    So the officer started to back out toward the
 4   back door.  Was the back door closed?
 5         A    Yeah.  He opened it.  He opened it and, you
 6   know, started going out.
 7         Q    When you get outside the back door, is there a
 8   hallway?
 9         A    There is -- no.  There is a little landing and
10   then stairs.
11         Q    Is there another apartment on the same floor?
12         A    Yeah, there were like other apartments on the
13   same floor.
14         Q    Now, could you see the officer after he went
15   out the back door?
16         A    No.
17         Q    What was Ndashe doing as the officer walked
18   out the back door?
19         A    He was going with the knife saying -- kept
20   saying, "Get the knife.  You wanted the knife, take the
21   knife."
22         Q    And how was he holding the knife?
23         A    He was holding like you are giving something
24   to somebody.
25         Q    So he had his arm outstretched?
```

```
 1        A    Yes.
 2        Q    With the knife in a hand --
 3        A    Laxed, [sic] but not like pointing.
 4        Q    With his fingers pointing up?
 5        A    I don't know, like -- you know, handing
 6   somebody something.  (Demonstrating.)
 7        Q    Okay.  With the knife blade pointed toward the
 8   police officer?
 9        A    I don't know about that.  But --
10        Q    You didn't see that?
11        A    -- he was holding the knife.  That's all I
12   know.  Handing the police officer the knife.
13        Q    At what point did he raise the knife over his
14   head?
15        A    I don't know.  Maybe when he was going out --
16        Q    You say here in your statement --
17        A    As he was going out, maybe the officer was
18   already outside.  And when he went out, that's when
19   Kabwe and I, we didn't go, you know, through the same
20   door.  We went through the door that the officer came
21   through and --
22        Q    The front door?
23        A    The front or the back.  I'm not sure which is
24   the front, which is the back.
25        Q    But before you go there, I want to know, did
```

```
 1   Ndashe say anything else to the police officer outside
 2   of, "Here's the knife"?
 3        A    He was like, you know, just saying, you know,
 4   "The knife, here's the knife"; raising his voice, you
 5   know, saying, "You wanted the knife.  Take the knife."
 6        Q    Did the police officer say anything to Ndashe?
 7        A    I don't know because we were in -- you know,
 8   there was so much going on, I didn't really hear what
 9   the officer said because I was further from them than,
10   you know --.
11        Q    Did you ever hear the police officer say,
12   "Drop the knife"?
13        A    I don't know.  I don't think so. ✓
14        Q    Did you see Ndashe leave the apartment?
15        A    Yes.
16        Q    Where were you when he walked out the back
17   door?
18        A    I was going to the door, the back or the front
19   door.  And then Kabwe came after me, you know --
20        Q    How many rooms separate the front door from
21   the back door?  Can you describe that?  Here, let's use
22   a piece of paper.  Maybe you can draw a little diagram.
23        A    Because, you see, the living room was -- there
24   was a door here -- (drawing) -- that the officer came
25   through, in.  And this is the living room, you know, and
```