UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE ESTATE OF DAVID CHIPWATA : | |
|     Plaintiff, | |
|       v. | : CASE NO. 3:02CV858 (DJS) |
| | |
| OFFICER DAVID ROVINETTI, : | |
| POLICE CHIEF EDWARD | |
| FLAGHERTY, & THE WATERBURY : | |
| POLICE DEPARTMENT, | |
|     Defendants. : | |

<u>JUDGMENT</u>

    This action having come on for consideration of defendants' motion for summary judgment before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting the motion, it is hereby

    ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants on all counts.

    Dated at Hartford, Connecticut, this 31st day of March 2004.

                                  KEVIN F. ROWE, Clerk

                                  By  /s/_____
                                         Terri Glynn
                                         Deputy Clerk

EOD_____